MICHAEL R. SCOLNICK (MS9984)
Michael R. Scolnick, P.C.
175 Burrows Lane
Blauvelt, New York 10913
Telephone: 845-354-9339
Facsimile: 845-365-1506
Attorneys for Plaintiff

5/25/07

IFP GRANTED
SO ORDERED.

Charles L Bryant
U.S.D.J.
May 25, 2007

# United States District Court
Southern District of New York

MICHAEL J. MONROE

    *Plaintiff,*

-against-

CORRECTION OFFICER "JOHN '*Boom-Boom*' DOE," nickname believed to be correct, name being fictitious, true name unknown to plaintiff, person intended being an officer of the New York State Department of Correctional Services, described as Caucasian, male, muscular, six feet tall, blonde, curly-haired, clean shaven, young, light brown eyes, assigned to the visiting room #1 of the Downstate Correctional Facility on October 1, 2006

    *Defendant,*

07 CIV. 4100

REQUEST TO PROCEED IN FORMA PAUPERIS

FILED
U.S. DISTRICT COURT
S.D. OF N.Y．W.P.
2007 MAY 25 P 12:06

---

I, **MICHAEL J. MONROE**, am the plaintiff in the above entitled case. I hereby request to proceed without being required to prepay fees or costs or give security therefor. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore, and I believe I am entitled to redress.

1.     If you are presently employed:
        a) give the name and address of your employer
            **Steve & Barry's University Casual Sports Wear**
            **1000 Palisades Center Drive, West Nyack, NY 10994**

        b) state the amount of your earnings per month
            **Approximately $500 per month**

2.     If you are **NOT PRESENTLY EMPLOYED:**
        a) state the date of start and termination of your last employment
        b) state your earnings per month.

**YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.
   a) Are you receiving any public benefits?
   **No**

   b) Do you receive any income from any other source?    ✘ No    ☐ Yes

4. Do you have any money, including any money in a checking or savings account? If so, how much?
   **No, I have no cash, bank accounts or securities**

5. Do you own any apartment, house or building, stocks, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.
   ✘ No    ☐ Yes, $_____

6. List the person(s) that you pay money to support and the amount you pay each month.
   **I contribute money to support my three children, Destiavia, age 3, Amani, age 2, and Nasir, age 1, by purchasing food with what little money I make from my part-time work.**

7. Do you pay for rent or for a mortgage? If so, how much each month?
   **No**

8. State any special financial circumstances which the Court should consider.
   **I am having a difficult job finding employment because of my hearing loss, which was a direct result of my assault & battery, as well as because of my previous felony conviction.**

I am unable to pay the costs, fees and expenses necessary to assert my rights in this case.

No one else who is able to pay any required costs and fees has a beneficial interest in the results of this case.

I understand that the Court shall dismiss this case if I give a false answer to any question in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

WHEREFORE, I request (a) that all fees relating to the filing and service of this action or proceeding be waived, and (b) that I be permitted to proceed in this case in all respects as a poor person.

_____
MICHAEL J. MONROE

Sworn to before me this
day of April, 2007

_____ 5/2/07
NOTARY PUBLIC

CHERYL L. FELLNER
NOTARY PUBLIC
ROCKLAND COUNTY, NEW YORK
MY COMMISSION EXPIRES JAN 12, 2008
01FE6104120

3