# Michael R. Scolnick, P.C.
*Attorney at Law*
175 Burrows Lane
Blauvelt, New York 10913
Phone (845)354-9339   Fax (845)365-1506

*"The only foolish question is the one you don't ask."*

## FACSIMILE TRANSMISSION

**TO:** Alice Cama, Hon. Charles L. Brieant
**COMPANY:** United States District Court, Southern District of New York
**FAX NO.:** (914)390-4077
**DATE:** September 26, 2007

**FROM:** Michael R. Scolnick

**RE:** Michael J. Monroe v Eric Jodoin
Index/Docket Number: 07 CIV 4100 (CLB) (GAY)

*[Handwritten: Adj to 10/26/07 / 9:00 / So Ordered / Sept 27, 2007]*

Dear Ms. Cama:

The above referenced is scheduled for a conference before the Honorable Judge Charles Brieart for October 12, 2007.

We request an adjournment of this date to give the defendant time to answer and counsel to appear.

Please advise

**Pages including cover sheet** 1

**IF TRANSMISSION IS UNCLEAR OR PAGES APPEAR TO BE MISSING, PLEASE CALL THE ABOVE NUMBER IMMEDIATELY**