

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

**ANDREW M. CUOMO**
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

[212-416-8118]

October 17, 2007

By Fax: 914-390-4085
Honorable Charles L. Brieant
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

  Re: <u>Monroe v. C.O. Jodoin</u>, 07 CV 4100 (CLB)

Your Honor:

  I am an Assistant Attorney General in the Office of Andrew M. Cuomo, Attorney General of the State of New York, assigned to the defense of this matter. I write to respectfully request an adjournment of the court conference currently scheduled for October 26, 2007 at 9:00 a.m. to a date that is convenient to the court, after such time as the defendant has answered or responded to the second amended complaint.[1]

  Service of process was made on defendant Jodoin by waiver of service of summons. Pursuant to the waiver, defendant's response to the second amended complaint is due on November 26, 2007. Therefore, defendant respectfully requests an adjournment of the court conference on October 26, 2007.

  An adjournment is also necessary to afford this office the opportunity to investigate the facts alleged in the second amended complaint, obtain the necessary documents, and prepare an appropriate response on behalf of the defendant. I note that by making this request on behalf of

---

[1] Please note that plaintiff's counsel is not available on December 5, 2007 or December 6, 2007.

the defendant, I am not waiving any possible defenses that he may have, including the lack of personal jurisdiction.

Plaintiff's counsel, Michael R. Scolnick, has no objection to the defendant's first request for an adjournment of the conference currently scheduled for October 26, 2007 at 9:00 a.m.

I thank the Court for its consideration in this matter.

Respectfully submitted,

Julinda Dawkins
Assistant Attorney General

cc: Michael R. Scolnick.
     Michael R. Scolnick, P.C.
     Attorney for Plaintiff
     175 Burrows Lane
     Blauvelt, New York 10913
     By Fax: 845-365-1506