

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

[212-416-8118]

October 19, 2007

By Fax: 845-365-1506
Michael R. Scolnick.
Michael R. Scolnick, P.C.
Attorney for Plaintiff
175 Burrows Lane
Blauvelt, New York 10913

Re: Monroe v. C.O. Jodoin, 07 CV 4100 (CLB)

Dear Mr. Scolnick:

I am an Assistant Attorney General in the Office of Andrew M. Cuomo, Attorney General of the State of New York, assigned to the defense of this matter. I write to inform you that the conference currently scheduled for October 26, 2007 at 9:00 a.m. has been adjourned to December 7, 2007 at 9:00 a.m.

Thank you.

Yours Truly,

Julinda Dawkins
Assistant Attorney General

cc: Honorable Charles L. Brieant
United States District Court
Southern District of New York
By Fax: 914-390-4085