# Michael R. Scolnick, P.C.
*Attorney at Law*
175 Burrows Lane
Blauvelt, New York 10913
Phone (845)354-9339   Fax (845)365-1506

*"The only foolish question is the one you don't ask."*

## FACSIMILE TRANSMISSION

**MEMO ENDORSED**

**RECEIVED MAY 22 2008 CHAMBERS OF GEORGE A. YANTHIS U.S.M.J.**

TO:        Hon. Charles L. Brieant

COMPANY:   United States District Court, Southern District of New York

FAX NO.:   (914)390-4085

DATE:      May 20, 2008

FROM:      Michael R. Scolnick; My client: Michael J. Monroe

RE:        Monroe v. Jodoin
           Docket Number: 07 civ 4100 (SCR) (GAY)

Dear Judge Brieant:

I regret to advise that there is a discovery dispute between the parties in the above matter, relating to defendant's responses to plaintiff's interrogatories and document requests.

After a careful review of the Court's individual practices, I request the Court's guidance as to what procedure I must follow to properly bring this dispute to the Court's attention.

Please have a member your staff contact me to give me direction. I'd like to do this correctly.

Thank you.

Very truly yours,

*[signature]*

Michael R. Scolnick

Fax: 845-365-1506
Pages including cover sheet 1

cc: Julinda Dawkins, Esq., Attorney General Of the State of New York, Fax No.: (212)416-6009

*This matter has been referred to undersigned. Counsel are directed to make good faith effort to resolve this matter within next 15 days. If unable to, plaintiff is to advise Court. So ordered. George A. Yanthis, USMJ, 5/22/08*