

STATE OF NEW YORK

OFFICE OF THE ATTORNEY GENERAL

**ANDREW M. CUOMO**
Attorney General

**LESLIE G. LEACH**
Executive Deputy Attorney General
Division of State Counsel

**JUNE DUFFY**
Assistant Attorney General in Charge
Litigation Bureau

[212-416-8118]

May 21, 2008

By Fax: 914-390-4085
Honorable Charles L. Brieant
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

Re:    Monroe v. C.O. Jodoin, 07 CV 4100 (CLB)

Your Honor:

I am an Assistant Attorney General in the Office of Andrew M. Cuomo, Attorney General of the State of New York, assigned to the defense of this matter. I write to inform the Court that defendant was unaware that there was a dispute as to his response to plaintiff's interrogatories and document requests. Plaintiff never contacted this office to inform us that he had any objections. Nevertheless, I propose that the parties try to resolve the dispute informally prior to judicial intervention. To that end, I will contact plaintiff's counsel before the end of the week to discuss his objections and any possible resolutions.

I thank the Court for its consideration in this matter.

Respectfully submitted,

Julinda Dawkins
Assistant Attorney General

120 Broadway, New York, N.Y. 10271-0332 ● Phone (212) 416-8610 ● Fax (212) 416-6075 * Not For Service of Papers
http://www.oag.state.ny.us

cc:   Michael R. Scolnick.
Michael R. Scolnick, P.C.
Attorney for Plaintiff
175 Burrows Lane
Blauvelt, New York 10913
By Fax: 845-365-1506