UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MONROE

                         Plaintiff,

     - against -

JODOIN

                       Defendant.
-----------------------------------------------------------------X

Rev. 9/03

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 4100 (CLB)(GAY)

      The above entitled action is referred to the Hon. George A. Yanthis, United States Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

_X_ DISCOVERY DISPUTE

___ Settlement*

___ All Purposes

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose of _____

___ Habeas Corpus

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion: _____

    All such motions: ___

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York

                                            _Charles L. Brieant_
                                          United States District Judge