# Michael R. Scolnick, P.C.

*Attorney at Law*

175 Burrows Lane

Blauvelt, New York 10913

Phone (845)354-9339   Fax (845)365-1506

*"The only foolish question is the one you don't ask."*

## FACSIMILE TRANSMISSION

**MEMO ENDORSED**

*Application granted.*

*Conference adjourned to September 19, 2008*

*So Ordered*

*Charles L. Brieant*

*6/12/08*

**TO:** Hon. Charles L. Brieant

**COMPANY:** United States District Court, Southern District of New York

**FAX NO.:** (914)390-4085

**DATE:** June 12, 2008

**FROM:** Michael R. Scolnick; My client: Michael J. Monroe

**RE:** Monroe v. Jodoin
Docket Number: 07 civ 4100 (SCR) (GAY)

Dear Judge Brieant:

As previously advised there is a discovery dispute between the parties in the above matter, relating to defendant's responses to plaintiff's interrogatories and document requests. The parties have made good faith attempts to resolve this dispute, but have not been able to come to an agreement. Your Honor has been kind enough to assign this dispute to Magistrate Judge Yanthis and we are actively seeking a conference with him.

Meanwhile, we have a status conference scheduled before Your Honor for June 20, 2008, and a rapidly approaching discovery deadline.

With the consent of my adversary, Assistant Attorney General Julinda Dawkins, I hereby request that the conference be rescheduled to a date in September, and that close of discovery be extended accordingly.

Thank you for your attention to this.

Very truly yours,

*Michael R. Scolnick*

Michael R. Scolnick
Fax: 914-365-1506
**Pages including cover sheet 1**
cc: Julinda Dawkins, Esq., Attorney General Of the State of New York, Fax No.: (212)416-6009